UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC M. MARTIN,<br><br>　　　　　　　Defendant,<br><br>ROBIN A. MARTIN<br><br>　　　　　　　Relief Defendant | CIVIL ACTION FILE<br><br>NO.  1:12-cv-02922-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Plaintiff's Amended Motion for Disgorgement, Prejudgment Interest, and Civil Penalties Against Defendant Eric M. Martin and for Disgorgement of Unjust Enrichment by Relief Defendant Robin A. Martin, and the court having Granted, in part, said motion, it is

**Ordered and Adjudged** that the defendant is directed to disgorge the principal amount of $261,911.18, the defendant is directed to pay prejudgment interest in the amount of $28,646.14, and the relief defendant is directed to disgorge the amount of $254,926.18 on a joint and several basis with defendant.

Judgment
1:12-cv-02922-AT
March 26, 2019
Page 2

Dated at Atlanta, Georgia, this 26th day of March, 2019.

          JAMES N. HATTEN
          CLERK OF COURT


By:  s/Brittany Poley
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 26, 2019
James N. Hatten
Clerk of Court

By:  s/Brittany Poley
      Deputy Clerk