

**DIVISION OF ENFORCEMENT**

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE
WASHINGTON, D.C. 20549

JACQUIS JONES
CONTRACT PARALEGAL
MAIL STOP 5985
DIRECT DIAL: 202-551-4416
FACSIMILE: 202-772-9292

June 21, 2023

United States District Court, Northern District of Georgia
Attn: Clerk of Court
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

RE:   Request for Certified Judgment and Certified Abstract of Judgment in the case of
Securities and Exchange Commission v. Eric M. Martin, et al. 1:12-cv-02922 (N.D. Ga.)

Dear Clerk of the Court:

Pursuant to 28 U.S.C. §3201, please certify and return the enclosed Abstract of Judgment for the same docket entry.

**Final Judgment As To:**

**Docket No.:** 56      **Date Entered:** 3/26/2019

I have provided a self-addressed UPS envelope for the return documents. Please contact me at the number listed above with any questions.

Thank you for your assistance.

Sincerely,

/s/ Jacquis Jones
Jacquis Jones
Paralegal

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 22 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

# ABSTRACT OF JUDGMENT

## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Eric M. Martin<br>415 Millbank Place<br>Roswell, GA 30076 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| DISGORGEMENT<br><br>$290,557.32 | U.S. Securities and Exchange Commission<br>Division of Enforcement<br>Collections Unit<br>100 F. Street, N.E.<br>Washington, DC 20549-4010 | Judgment Entry Date:<br>3/26/19<br>Case No.<br>1:12-CV-02922-at<br>Docket No.<br>56 |

UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE

_____NORTHERN_____ **DISTRICT OF** _____GEORGIA_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date _____June 27th_____, 20 23

By _____[signature] Ree Thomps_____, Clerk

# ABSTRACT OF JUDGMENT

## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Eric M. Martin<br>415 Millbank Place<br>Roswell, GA 30076 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| DISGORGEMENT<br><br>$290,557.32 | U.S. Securities and Exchange Commission<br>Division of Enforcement<br>Collections Unit<br>100 F. Street, N.E.<br>Washington, DC 20549-4010 | Judgment Entry Date:<br>3/26/19<br>Case No.<br>1:12-CV-02922-at<br>Docket No.<br>56 |

UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE

NORTHERN   DISTRICT OF   GEORGIA

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date  June 27th , 20 23

By _____, Clerk

# ABSTRACT OF JUDGMENT

## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Eric M. Martin<br>415 Millbank Place<br>Roswell, GA 30076 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| DISGORGEMENT<br><br>$290,557.32 | U.S. Securities and Exchange Commission<br>Division of Enforcement<br>Collections Unit<br>100 F. Street, N.E.<br>Washington, DC 20549-4010 | Judgment Entry Date:<br>3/26/19<br>Case No.<br>1:12-CV-02922-at<br>Docket No.<br>56 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**

___NORTHERN___ **DISTRICT OF** ___GEORGIA___

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date ___June 27th___, 20 _23_

By ___[signature] Thompson___, Clerk